IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CECIL COLEMAN,**

 **Plaintiff,**

v.             Case No.: 3:11cv281/MCR/EMT

**WALTER A. McNEIL, et al.,**

 **Defendants.**
_____/

## ORDER

  This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 3, 2012 (doc. 21).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

  Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

  2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply

with an order of the court.[1]

**DONE AND ORDERED** this 12th day of February, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] On November 21, 2011, the plaintiff filed a notice of address change, advising the court that he had been transferred back to the Suwanee Correctional Institution ("SCI"). *See* doc. 18. The clerk of court mailed a copy of the magistrate judge's show cause order (doc. 19) to the plaintiff at SCI. The mail was returned to the clerk with an indication that it should be sent to 834 Garfield Street, Jacksonville, Florida 32209. *See* doc. 20. According to the Florida Department of Corrections' website, the plaintiff was released on November 25, 2011, and provided the Garfield Street address as his residential address upon release. The clerk inadvertently mailed a copy of the Report and Recommendation to the plaintiff at SCI, but SCI forwarded it to the Garfield Street address and it, too, was returned as undeliverable. *See* doc. 22. The plaintiff has not provided the court with a change of address since his release despite the fact that it is his responsibility to do so.

*Case No: 3:11cv281/MCR/EMT*